**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHELLE CRUZ,

  Plaintiff,                                           Case No. 8:16-cv-3134-T-35TGW

v.

MACY'S CREDIT AND CUSTOMER
SERVICES, INC.,

  Defendant.
_____/

**NOTICE OF SETTLEMENT**

     Plaintiff hereby notifies the Court that the parties have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 15, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                                                Respectfully submitted,

                                                /s/ *Jon Dubbeld*_____
                                                Jon P. Dubbeld, Esq.
                                                Fla. Bar No. 105869
                                                Berkowitz & Myer
                                                2820 First Avenue North
                                                St. Petersburg, Florida 33713
                                                Telephone: (727) 344-0123
                                                Jon@berkmyer.com
                                                *Attorneys for Plaintiff*