UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELLE CRUZ,

    Plaintiff,

v.                                            Case No: 8:16-cv-3134-MSS-TGW

MACY'S CREDIT AND CUSTOMER
SERVICES, INC.,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On February 15, 2017, Plaintiff filed a Notice of Settlement, informing the Court that "the parties have reached a settlement in principle in this action." (Dkt. 20) Therefore it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of February, 2017.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party